# UNITED STATES DISTRICT COURT

District of _____

Rocco Edward Ellis

Plaintiff

V.

Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 05-10___

I, Rocco Edward Ellis, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? No   Do you receive any payment from the ___ No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   
   N/A

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
   Chef $300 wk 1986 Tony Romas Framingham MA

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends           ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes   ☒ No
   d. Disability or workers compensation payments    ☐ Yes   ☒ No
   e. Gifts or inheritances                          ☒ Yes   ☐ No
   f. Any other sources                              ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

Irregular gifts from family and friends  $300-400 year

Work while housed in federal facilities $5.60 month

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

4/26/05
Date

_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
NORFOLK COUNTY SHERIFF
========================================================
Resident Transaction Receipt (Reprint)
Friday, April 08, 2005  @14:15
```
================================================================

Officer ID: JJS
Transaction #: 100016866
CIN:                Inmate Name:
  29171               ELLIS, EDWARD BEDRE

Description: FAMILY

Block:           Tier:           Cell:
  PMX                              20

Trans Type:    Transaction Date:    Amount:         Current Funds:
  DEPCA          Apr 08, 2005        $    50.00       $    50.00

Resident Sig _____  Date _____

Authorized Sig _____  Date _____

------------------------------------------------------------------

| KEEFE ITEM# | ITEM DESCRIPTION | ITEM PRICE |
|---|---|---|
| 022317 | TWIN BLADE RZR 1/EA | .35 |
| 28291 | HAIRBRUSH W/O HANDLE | 1.68 |
| 28235 | 8.5 X 11 LETTER PAD WHT | .45 |
| B8465 | MESH LAUNDRY BAG | 3.25 |
| 87028 | NESCAFE 4OZ CLRPK W/ZIP | 2.60 |
| 8026 | 8 OZ CREAMER CLEARPACK | 1.80 |
| 8704 | SL CREAM FILLED CUPCAKE | .75 |
| 8803 | MILKY WAY CANDY BAR | .60 |
| 8803L | THREE MUSKETEER BAR | .60 |
| 81779 | HERSHEY'S CHOCOLATE BAR | .65 |
| 8013 | TEXAS BEEF RAMEN NOODLE | 3.25 |
| 87541 | 7OZ RICE ZIPPER | .75 |
| 8453 | SPANISH RICE W/CHEESE | 1.75 |
| 85111 | POTATO CHIPS 5.5OZ BAG | 6.10 |
| 81729 | BQ SLOPPY JOE | 1.95 |
| 2254 | BEEF SALAMI 5 OZ | 1.75 |
| 8702 | WHOLE ENCHILADA PARTY MIX | 3.90 |
| 8090 | CREAMY PEANUT BUTTER 16 O | 1.50 |
| 5167 | JALAPENO CHEESE SPREAD | .85 |
| 81590 | SLICED JALAPENO PEPPERS | 1.15 |
| 8875 | TORTILLAS 4 PACK | 3.70 |

|   |   |
|---|---|
| 928   BOOK OF TEN STAMPS | |
| SUB-TOTAL | 45.67 |
| SALES TAX | .50 |
| ORDER TOTAL | 46.17 |
| FUND BALANCE | |

LIST SHORTAGES AND/OR DAMAGES HERE
QUANTITY    CATEGORY/DESCRIPTION

_signature_    DATE 4-26-05