UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
EDWARD B. ELLIS,                    )
a/k/a ROCCO ELLIS,                  )
    Petitioner                      )
                                    ) CIVIL ACTION
v.                                  ) NO. 05-10910-REK
                                    )
UNITED STATES OF AMERICA,           )
    Respondent                      )
_____ )

**Final Order**
May 12, 2005

    For the reasons stated in the Memorandum and Order in Civil Action No. 97-30085-REK of this date, it is ORDERED:

    Civil Action No. 05-10910 is DISMISSED.

Approved:                                      By the Court,

/s/Robert E. Keeton_____               /s/Karen Folan_____
Robert E. Keeton                              Karen Folan, Deputy Clerk
Senior United States District Judge